IN THE COURT OF APPEALS

SEVENTH DISTRICT OF TEXAS, AMARILLO

\* \* \* \* \* \* \* \* \* \*

KENNETH G. Webb,                          William D. Smith, Judge

Relator                                         Respondant

CASE NO. 07-15-00050-CV

**FILED MAR 06 2015 SEVENTH COURT OF APPEALS VIVIAN LONG, CLERK**

CERTIFICATE OF SERVICE

\* \* \* \* \* \* \* \* \* \*

The below listed persons and addresses are the parties of interest in the above numbered case. Being a Petition for the Writ of Mandamus, filed in the above stated Court of Appeals.

The parties have been served true, complete and correct copoies of Relators pleadings. Sixteen (16) pages of the actual Mandamus Application and 165 pages of attatched supporting documents.

1:   CECIL BIGGERS, ATTORNEY AT LAW          CERTIFIED MAIL NO:
     13 W. KENNETH ST.                        7014 2120 0001 9276 743
     SPEARMAN, TEXAS 79081                    DATE: Feb 25. 2015

2:   LOU WALKER, EXECUTRIX                    CERTIFIED MAIL NO.
     216 MAPLE STREET                         7014 2120 0001 9276 7452
     BORGER, TX. 79007                        DATE: Feb 25. 2015

3:   WILLIAM D. SMITH, JUDGE                  CERTIFIED MAIL NO.
     #15 COURT N.W.                           7014 2120 0001 9276 7469
     SPEARMAN, TX. 79081                      DATE: Feb 25. 2015

VERIFICATION

I, Kenneth G. Webb, Relator in the above numbered case to which this certificate of service is filed, do hereby VERIFY that the foregoing is true and correct. Executed this      day of        2015

_Kenneth Webb_

KENNETH G. WEBB

_Please return a file marked Copx. Thank you_

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JUDGE WILLIAM SMITH
84TH JUDICAL DISTRICT COURT
OF HANDSFORD COUNTY.

#15 N. W. COURT
SPEARMAN, TX 79081

07-15-00050-CV

2. Article Number
(Transfer from service label)      7014 2120 0001 9276 7469

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Misty Gernett_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   Misty Gernett   C. Date of Delivery  2/25/15

D. Is delivery address different from item 1?  ☐ Yes   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

pages 165
Writ of Mandamus

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Lou WALKER
216 MAPLE St.
Borger, Tx 79007

07-15-00050-CV

2. Article Number
(Transfer from service label)      7014 2120 0001 9276 7452

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Lou Walker_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   Lou Walker   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

165 P.
MANDAMUS

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CECIL BIGGERS
ATTORNEY AT LAW
13 W. KENNETH ST.
SPEARMAN TX. 79081

07-15-00050-CV

2. Article Number
(Transfer from service label)      7014 2120 0001 9276 7438

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Juttie Hopper_   ☒ Agent  ☐ Addressee

B. Received by ( Printed Name)   Jette Hopper   C. Date of Delivery  2/26/14

D. Is delivery address different from item 1?  ☐ Yes   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

165 pages
Writ of Mandamus

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Kenneth Webb 1454974
899 FM 632
Kenedy Tx 78119

Legal mail

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
02 MAR 2015 PM 4 L



Att: Vivian Long, Clerk.
Court Of Appeals
Seventh District of Texas
P.O. Box 9540
Amarillo Tx, 79105-9540

